# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONG JUN CHOI, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, <br><br> Defendant. | Case No. 2:18-cv-04336-ADS-ARL <br><br> F I L E D <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br><br> ★  SEP 26 2018  ★ <br><br> LONG ISLAND OFFICE |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yong Jun Choi hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant, Nationstar Mortgage LLC, d/b/a Mr. Cooper.

Dated: White Plains, New York
September 25, 2018

_____
Bradley F. Silverman
Todd S. Garber
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
455 Hamilton Avenue, Suite 605
White Plains, New York 10601
Tel: (914) 298-3282
Fax: (914) 908-6709
bsilverman@fbfglaw.com
tgarber@fbfglaw.com

*Counsel for Plaintiff*

SO ORDERED: Case closed.

/s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

{00295188 }

9/26/18
Date